# Notice of Correction

This is a third Notice of Action with my Criminal Complaint and verification of Case 1:26-cv-1805 filed in error by Deputy Clerk accordingly to be dismissed with prejudice and reopened pursuant to original request.

Without prejudice to the Order Dismissing Complaint ~~and~~ send me the New Case information as soon as possible please and thank you!

I have also requested an Appeal ~~Case~~ Civil Docket for Case #: 1:24-cv-02182-JPH-MJD almost 60-days ago specifically certificate of service and my records shows August 3-2026 or prior to Segregation at ADC.

September 29, 2026
Andrey Farafonov
pro se (ADC-2516592)
call (317)258-3164
paralegal Earl
(questions if any)

Marion County
ADC-2516592
ANDREY FARAFONOV
(petitioner and plaintiff)
695 justice way
Zip Code 46203

TEMP INDIANAPOLIS IN 460
695 Justice Way
INDIANAPOLIS
3 OCT 2026 PM 1 L

This stamp identifies this correspondence as having been mailed by an inmate of the above institution. Warning Not responsible for content.

Legal Mail

FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE PITNEY BOWES
ZIP 46241 $ 000.72[1]
02 7W
0008027211 OCT 01 2026

FILED
OCT 05 2026
U.S. DISTRICT COURT
INDIANAPOLIS

Clarification and URGENT Notice*
(for CLERK)
Kristine L. Seufert
BBFB & U.S. Courthouse
46 East Ohio Street
Indianapolis 46204

66 HMKMNMP 46204